# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D23-2744
Lower Tribunal No. 2020-CA-002879-0001-XX

———————————————

WILLIAM VERHELLE, JR.,

Appellant,

v.

GREY OAKS COUNTRY CLUB, INC.,

Appellee.

———————————————

Appeal from the Circuit Court for Collier County.
Joseph G. Foster, Judge.

February 6, 2024

PER CURIAM.

AFFIRMED.

SMITH, MIZE and GANNAM, JJ., concur.


Elliot B. Kula and William D. Mueller, of Kula & Associates, P.A., Miami, for Appellant.

Tracy T. Segal and James M. McCann, of Akerman LLP, West Palm Beach, and Joseph Rebak and Alejandro J. Paz, of Akerman LLP, Miami, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED